UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TENNESSEE AT KNOXVILLE, TENNESSEE

ANTHONY J. HOFFMAN,

    Plaintiff

vs.

GC SERVICES LIMITED PARTNERSHIP,
KRISTION M. TIMBROOK, JOHN DOE,
RUSSELL DOE, JAMES DOE and JACK DOE,

    Defendants

No: 3:08-cv-00255
Phillips/Shirley

NOTICE OF ENTRY REQUIRED

## ORDER OF DISMISSAL

Upon motion of the parties and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that this action be, and is hereby dismissed, with full prejudice against refiling the same. The parties stipulate that there is no prevailing party to this action and that each of them shall bear their own costs and expenses.

IT IS SO ORDERED.

_____
HON. THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:


/s/ Alan C. Lee
Alan C. Lee, Esq. (BPR No: 12700)
P.O. Box 1357
Morristown, TN 37816-1357
423-581-0924
Attorney for Plaintiff


/s/ Everett H. Mechem
Everett H. Mechem, Esq. (BPR No: 11854)
**ATTORNEY AT LAW**
220 Broad Street, Suite 206
Kingsport, TN 37660
423-207-1300
Attorney for Plaintiff


/s/ John M. Lawhorn
John M. Lawhorn (BPR No: 14388)
**FRANTZ, MCCONNELL & SEYMOUR, LLP**
P.O. Box 39
Knoxville, TN 37901
865-546-9321
Attorney for Defendants

/s/ Boyd W. Gentry
Boyd W. Gentry, Esq. (BPR No: )
**SURDYK, DOWD & TURNER CO., L.P.A.**
One Prestige Place, Suite 700
Miamisburg, OH 45342
937-222-2333
Attorney for Defendants



S:\WDOX\CLIENTS\5039\0000001\ORDERS\00666816.DOC